JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEAN N. RIPLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Jean.Ripley@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 577-1347** | Case No. 2:22-mj-00649-BNW<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **831-266-7343** | Case No. 2:22-mj-00731-BNW<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |

1

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-00733-BNW<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |
| IN THE MATTER OF THE SEARCH OF PROPERTY DESCRIBED AS A SMALL, BLACK "PEN + GEAR" SAFE, SEIZED FROM ALEX VAZQUEZ | Case No. 2:22-mj-00818-BNW<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 225-5878** | Case No. 2:22-mj-00821-BNW<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases.

2

Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery to counsel for the defendants in United States v. Barajas, et al., 2:22-cr-00255-CDS-EJY.

**DATED** this 6th day of December, 2022.

        Respectfully,

        JASON M. FRIERSON
        United States Attorney

        /s/ Jean N. Ripley
        JEAN N. RIPLEY
        Assistant United States Attorney

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JEAN N. RIPLEY
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Jean.Ripley@usdoj.gov
   *Attorneys for the United States*

6

7               UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9  IN THE MATTER OF THE                    Case No. 2:22-mj-00649-BNW
   APPLICATION OF THE UNITED
10 STATES OF AMERICA FOR AN                ORDER
   ORDER AUTHORIZING THE
11 INSTALLATION AND USE OF A
   PEN REGISTER, TRAP AND
12 TRACE DEVICE AND CALLER
   IDENTIFICATION SERVICE, AND
13 AUTHORIZING RELEASE OF
   SUBSCRIBER INFORMATION,
14 CELL SITE INFORMATION AND
   FOR A GPS TRACKING
15 WARRANT ON CELLULAR
   TELEPHONE NUMBER **(725) 577-**
16 **1347**

17
   IN RE APPLICATION OF THE UNITED         Case No. 2:22-mj-00731-BNW
18 STATES OF AMERICA FOR AN ORDER
   AUTHORIZING THE INSTALLATION
19 AND USE OF PEN REGISTER AND TRAP        ORDER
   AND TRACE DEVICE ON CELLULAR
20 TELEPHONE NUMBER **831-266-7343**

21

22

23

24
                              4

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-00733-BNW<br><br>ORDER |
| IN THE MATTER OF THE SEARCH OF PROPERTY DESCRIBED AS A SMALL, BLACK "PEN + GEAR" SAFE, SEIZED FROM ALEX VAZQUEZ | Case No. 2:22-mj-00818-BNW<br><br>ORDER |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 225-5878** | Case No. 2:22-mj-00821-BNW<br><br>ORDER |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this ___ day of _____, 2022.

_____
HONORABLE JUDGE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

5