```
          ┌──────────────────────────────────────┐
          │  ✓ FILED        ____ RECEIVED         │
          │  ____ ENTERED   ____ SERVED ON        │
          │      COUNSEL/PARTIES OF RECORD        │
          │  ┌────────────────────────────────┐  │
          │  │         DEC 0 6 2022            │  │
          │  └────────────────────────────────┘  │
          │   CLERK US DISTRICT COURT             │
          │     DISTRICT OF NEVADA                │
          │  BY: _____  TRW DEPUTY     │
          └──────────────────────────────────────┘
```

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JEAN N. RIPLEY
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Jean.Ripley@usdoj.gov
   *Attorneys for the United States*

6

7                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**

8

9  IN THE MATTER OF THE              Case No. 2:22-mj-00649-BNW
   APPLICATION OF THE UNITED
10 STATES OF AMERICA FOR AN
   ORDER AUTHORIZING THE             GOVERNMENT'S MOTION TO
11 INSTALLATION AND USE OF A         UNSEAL CASE
   PEN REGISTER, TRAP AND
12 TRACE DEVICE AND CALLER
   IDENTIFICATION SERVICE, AND
13 AUTHORIZING RELEASE OF
   SUBSCRIBER INFORMATION,
14 CELL SITE INFORMATION AND
   FOR A GPS TRACKING WARRANT
15 ON CELLULAR TELEPHONE
   NUMBER **(725) 577-1347**

16

17 IN RE APPLICATION OF THE UNITED   Case No. 2:22-mj-00731-BNW
   STATES OF AMERICA FOR AN ORDER
18 AUTHORIZING THE INSTALLATION
   AND USE OF PEN REGISTER AND TRAP  GOVERNMENT'S   MOTION   TO
19 AND TRACE DEVICE ON CELLULAR      UNSEAL CASE
   TELEPHONE NUMBER  **831-266-7343**

20

21

22

23

24

                               1

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-00733-BNW GOVERNMENT'S MOTION TO UNSEAL CASE |
| IN THE MATTER OF THE SEARCH OF PROPERTY DESCRIBED AS A SMALL, BLACK "PEN + GEAR" SAFE, SEIZED FROM ALEX VAZQUEZ | Case No. 2:22-mj-00818-BNW GOVERNMENT'S MOTION TO UNSEAL CASE |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 225-5878** | Case No. 2:22-mj-00821-BNW GOVERNMENT'S MOTION TO UNSEAL CASE |

The United States of America, by and through JASON M. FRIERSON, United States Attorney, and JEAN N. RIPLEY, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases.

1   Specifically, the undersigned requests to unseal these items and all related documents in

2   anticipation of producing the same as discovery to counsel for the defendants in United

3   States v. Barajas, et al., 2:22-cr-00255-CDS-EJY.

4

5   **DATED** this 6th day of December, 2022.

6                             Respectfully,

7                             JASON M. FRIERSON
                                    United States Attorney

8

9

10                             JEAN N. RIPLEY
                                    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JEAN N. RIPLEY
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Jean.Ripley@usdoj.gov
   *Attorneys for the United States*

6

7                **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
8

9  IN THE MATTER OF THE                  Case No. 2:22-mj-00649-BNW
   APPLICATION OF THE UNITED
10 STATES OF AMERICA FOR AN              ORDER
   ORDER AUTHORIZING THE
11 INSTALLATION AND USE OF A
   PEN REGISTER, TRAP AND
12 TRACE DEVICE AND CALLER
   IDENTIFICATION SERVICE, AND
13 AUTHORIZING RELEASE OF
   SUBSCRIBER INFORMATION,
14 CELL SITE INFORMATION AND
   FOR A GPS TRACKING
15 WARRANT ON CELLULAR
   TELEPHONE NUMBER **(725) 577-**
16 **1347**

17
   IN RE APPLICATION OF THE UNITED       Case No. 2:22-mj-00731-BNW
18. STATES OF AMERICA FOR AN ORDER
    AUTHORIZING THE INSTALLATION
19  AND USE OF PEN REGISTER AND TRAP      ORDER
    AND TRACE DEVICE ON CELLULAR
20  TELEPHONE NUMBER  831-266-7343

21

22

23

24
                              4

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTER AND TRAP AND TRACE DEVICE ON CELLULAR TELEPHONE NUMBER **(725) 250-1903** | Case No. 2:22-mj-00733-BNW<br><br>ORDER |
| IN THE MATTER OF THE SEARCH OF PROPERTY DESCRIBED AS A SMALL, BLACK "PEN + GEAR" SAFE, SEIZED FROM ALEX VAZQUEZ | Case No. 2:22-mj-00818-BNW<br><br>ORDER |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(725) 225-5878** | Case No. 2:22-mj-00821-BNW<br><br>ORDER |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 7 day of ___December___, 2022.

_____
HONORABLE JUDGE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

5